_____

No. 96-1828
_____

United States of America,    *
            * Appeal from the United States
     Appellee,   * District Court for the
            * Southern District of Iowa.
  v.        *
            * [UNPUBLISHED]
Stacy Lynn Olguin,    *
            *
     Appellant.   *

_____

Submitted:  September 10, 1996

Filed:  October 7, 1996
_____

Before BOWMAN, BRIGHT, and LOKEN, Circuit Judges.

_____

PER CURIAM.


   Stacy Lynn Olguin appeals her conviction and sentence of thirty-three months incarceration on a charge of conspiracy to distribute methamphetamine in violation of 21 U.S.C. § 846.  A jury found her guilty and the district court[1] rejected her trial motion for an acquittal.  In her appeal, Olguin maintains the Government failed to produce sufficient evidence to sustain her conviction.  We affirm.

   The Government's case relied on the testimony of Lucky Hall.  Hall testified that he purchased small quantities of methamphetamine from Olguin during a three-month period.  In addition, Olguin introduced Hall to her husband, Jose Pilar Vega, to facilitate larger methamphetamine transactions.  Hall testified

_____

   [1]The Honorable Harold D. Vietor, United States District Court for the Southern District of Iowa.

-1-

that Olguin was present for many of these exchanges. Hall further testified that on two occasions Olguin received payments on Pilar's behalf. Finally, Olguin made incriminating statements upon her arrest concerning involvement in methamphetamine transactions.

Although the defendant attacks the credibility of Lucky Hall, that issue rested with the jury. Our review of the record indicates ample evidence to sustain the conviction and an extensive opinion is unnecessary.

Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.